ACCEPTED
03-15-00467-CR
8046687
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/2/2015 10:16:23 AM
JEFFREY D. KYLE
CLERK

NO. 03-15-00467-CR

IN THE

COURT OF APPEALS

FOR THE THIRD SUPREME JUDICIAL DISTRICT OF TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/2/2015 10:16:23 AM
JEFFREY D. KYLE
Clerk

AMADOR FERNANDEZ,

Appellant.

VS.

THE STATE OF TEXAS,

Appellee.

From the 119TH Judicial District Court
of Tom Green County, Texas
Honorable Ben Woodward, District Judge Presiding

## MOTION TO WITHDRAW FROM FRIVOLOUS APPEAL

Jimmy Stewart, Attorney of record for Amador Fernandez, Appellant, respectively requests leave of court to withdraw as counsel and in support of this Motion states that in his opinion prosecution of this appeal would be frivolous.

In support of the Motion, Movant is filing, contemporaneously with this

Motion, a Brief in support of the Motion.

In addition, as shown on Exhibit "A" attached hereto, Movant has provided Mr. Fernandez with a copy of the Brief and has informed Mr. Fernandez of his right to review the record and to file a Brief on his own behalf.

Jimmy Stewart, therefore, respectfully requests that this Court enter an Order permitting him to withdraw from this case.

Dated this November⌒⅀, 2015.

Respectfully submitted,

Law Office of Jimmy Stewart
101 S. Park
San Angelo, TX 76903
(915) 658-1532
(915) 655-9746 FAX

By: _____
Jimmy Stewart
State Bar No. 19211300

Attorney for Appellant

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has this the 25th day of November, 2015, been served upon Jason Ferguson, Assistant District Attorney of record.

Jason Ferguson  
Assistant District Atty.  
124 W. Beauregard  
San Angelo, Texas  
76903

Amador Fernandez  
Appellant  
1302 Briant  
San Angelo, Texas  
76903

Jimmy Stewart